UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ST. PAUL FIRE & MARINE INSURANCE COMPANY,<br><br>　　　　Plaintiff/Counterdefendant,<br><br>vs.<br><br>FRANZ CONSTRUCTION, INC.; GRIZZLY COIL TUBING SERVICES, INC.; ARLON FRANZ; and DON FRANZ,<br><br>　　　　Defendants/Counterclaimants. | Case No. CV-25-05-BLG-TJC<br><br>JUDGMENT IN A CIVIL CASE |

☐　**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒　**Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

　　IT IS ORDERED AND ADJUDGED that Plaintiff's Motion for Summary Judgment (Doc. 22) is GRANTED.

　　Dated this 16th day of January, 2026

　　　　　　　　　　　　　　TYLER P. GILMAN, CLERK


　　　　　　　　　　　By:　/s/ Judith Harris
　　　　　　　　　　　　　　Deputy Clerk